IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: FANSTEEL INC., ET AL.,[1] ) | |
| ) | |
| Fansteel Inc. ) | |
| ) | |
| Plaintiff ) | Civil Action No. 04-520 (JJF) |
| ) | |
| v ) | |
| ) | |
| Quality Staffing, Inc. ) | |
| ) | Adversary Case No. 04-51066 |
| Defendant ) | Bankruptcy Case No. 02-10109 (JJF) |

**NOTICE OF DISMISSAL**
**WITH PREJUDICE OF COMPLAINT**

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff, Fansteel, Inc., hereby voluntarily dismisses with prejudice the Complaint for Avoidance and Recovery of Preferential Transfers in the above referenced adversary proceeding.

*[Remainder of Page Left Intentionally Blank]*

---

[1] The Reorganized Debtors are the following entities: Fansteel Inc. and Wellman Dynamics Corp.

The dispute at issue therein has been settled by the parties.

Dated: May 20, 2005

        SCHULTE ROTH & ZABEL LLP

        Jeffrey S. Sabin (JSS 7600)
        Lawrence V. Gelber (LVG 9384)
        David J. Ciminesi (DJC-8156)
        919 Third Avenue
        New York, NY 10022
        Telephone: (212) 756-2000
        Facsimile: (212) 593-5955

                -and-

        PACHULSKI, STANG, ZIEHL, YOUNG, JONES
        & WEINTRAUB P.C.

        */s/ James E. O'Neill*

        Laura Davis Jones (Bar No. 2436)
        James E. O'Neill (Bar No. 4042)
        Michael Migliore (Bar No. 4331)
        919 North Market Street, 16th Floor
        P.O. Box 8705
        Wilmington, Delaware 19899-8705 (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400
        Counsel for Plaintiff Fansteel, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: FANSTEEL INC., ET AL.,[1] | ) | |
| | ) | |
| Fansteel Inc. | ) | |
| | ) | |
|       Plaintiff | ) | Civil Action No. 04-520 (JJF) |
| | ) | |
| v | ) | |
| | ) | |
| Quality Staffing, Inc. | ) | |
| | ) | Adversary Case No. 04-51066 |
|       Defendant | ) | Bankruptcy Case No. 02-10109 (JJF) |

**CERTIFICATE OF SERVICE**

I, James E. O'Neill, hereby certify that on the 20th day of May 2005, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**NOTICE OF DISMISSAL WITH PREJUDICE OF COMPLAINT**

_____
James E. O'Neill (Bar No. 4042)

---

[1] The Reorganized Debtors are the following entities: Fansteel Inc. and Wellman Dynamics Corp.

**SERVICE LIST FOR**
**ORBIT TESTING INCORPORATED**
**& QUALITY STAFFING**

*Hand Delivery*
(Counsel For Orbit Testing Incorporated)
Jeffrey P. Wasserman, Esquire
Ciconte, Roseman & Wasserman
1300 King Street
Wilmington, DE 19899

Fansteel Service List for Settlements Adversaries
Document No. 95271
01 – Hand Delivery
04 – First Class mail

***Hand Delivery***
David Buchbinder, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE  19801

***First Class Mail***
(Debtors)
Michael McEntee, CFO
Fansteel Inc.
One Tantalum Place
North Chicago, IL  60064

***First Class Mail***
(Counsel for Debtors)
David J. Ciminesi, Esquire
Schulte, Roth & Zabel LLP
919 Third Avenue
New York, NY  10022

***First Class Mail***
(Counsel for the Committee of Unsecured Creditor)
Frances Gecker, Esquire
Frank/Gecker LLP
325 North Lasalle Street
Suite 625
Chicago, Illinois 60602

***First Class Mail***
(Counsel for Fansteel, Inc.)
Jason S. Pomerantz, Esquire
Steven J. Kahn, Esquire
Pachulski, Stang, Ziehl,
Young, Jones & Weintraub P.C.
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100